McGREGOR W. SCOTT
United States Attorney

YOUNGNA LEE
RICHARD A. LATTERELL
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6061, 307-6422
Facsimile: (202) 307-0054
Email: Richard.A.Latterell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA,<br><br>            Plaintiff,<br><br>v.<br><br><br>UNITED STATES,<br><br>            Defendant. | Civil No. CIV-F-03-6854-OWW-SMS<br><br>UNITED STATES'<br>SUBSTITUTION OF COUNSEL |

      Youngna Lee, counsel for the federal defendants, hereby moves this Court, pursuant to Local Rule 83-182, for permission to withdraw her appearance. Richard A. Latterell will be replacing Ms. Lee in responsibility for representing the United States. The reasons for this Motion are as follows:

      1.    I was formally assigned this case and filed the United States' motion to dismiss, currently pending before this Court.

      2.    Since I will be leaving the United States Department of Justice, my supervisor has assigned Richard A. Latterell, another attorney in the Tax Division, primary responsibility for representing the United States in this matter.

//

//

1  WHEREFORE, for the foregoing reasons, the Court should grant this request for my withdrawal
2  and the substitution of Richard A. Latterell as counsel for the United States.
3  Dated this 27th day of May, 2005.

McGREGOR W. SCOTT
United States Attorney

/s/ Younga Lee
YOUNGNA LEE
RICHARD A. LATTERELL
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6061, 307-6422
Facsimile: (202) 307-0054
Email: Richard.A.Latterell@usdoj.gov

19  IT IS SO ORDERED:

21  Dated this     2nd      day of     June      , 2005.


            /s/ OLIVER W. WANGER
UNITED STATES JUDGE

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that, on this 27th day of May, 2005, I electronically filed, using the Court's CM/ECF system, the foregoing **UNITED STATES' SUBSTITUTION OF COUNSEL.** It is further certified that, on this same date, I sent a courtesy copy of the foregoing document, via United States mail, in a postage prepaid envelope, to the following:

> Aurelio Martin Sepulveda
> CDC# J-76828 (E5-245L)
> CSATF/State Prison
> P.O. Box 5242
> Corcoran, CA 93212-5242

/s/ Richard A. Latterell
RICHARD A. LATTERELL
Trial Attorney, Tax Division
U.S. Department of Justice