IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. CV-F-03-6854 OWW/SMS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT (Doc. 49) AND DIRECTING PLAINTIFF TO FILE RESPONSE ON OR BEFORE ON BEFORE DECEMBER 18, 2006 |

　　　Plaintiff, a state prisoner proceeding *in pro per*, moves for an extension of time within which to file an opposition to defendant's Renewed Motion for Summary Judgment filed on October 6, 2006. On October 10, 2006, a minute order was entered and served by mail on plaintiff, advising that, pursuant to Rule 78-230(m), Local Rules of Practice, plaintiff's opposition must be filed within 18 days plus 3 days for service from the date of service of the motion.

　　　In support of the requested extension, plaintiff asserts

1

that he did not receive a copy of defendant's motion until October 13, 2006 and that he did not receive a copy of the minute order until October 17, 2006.  In addition, plaintiff asserts that he is employed at the prison and has limited access to the prison library.

     Plaintiff's motion for extension of time is GRANTED. Plaintiff's response to the Renewed Motion for Summary Judgment shall be filed on or before December 18, 2006.  Defendant's reply, if any, shall be filed on or before January 8, 2007.

IT IS SO ORDERED.

**Dated:   November 13, 2006**            **/s/ Oliver W. Wanger**
668554                                    UNITED STATES DISTRICT JUDGE