IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CV-F-03-6854 OWW/SMS <br><br> ORDER GRANTING PLAINTIFF'S SECOND APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT (Doc. 51) AND DIRECTING PLAINTIFF TO FILE RESPONSE ON OR BEFORE February 20, 2007 |

Plaintiff, a state prisoner proceeding *in pro per*, moves for a second extension of time within which to file an opposition to Defendant's Renewed Motion for Summary Judgment filed on October 6, 2006. By Order filed on November 13, 2006, Plaintiff was granted an extension of time to December 18, 2006 to file his opposition.

In support of the request for a second extension of time, Plaintiff asserts that he is employed at the prison, housed in Facility 3C, and has limited access to the prison library

1

pursuant to the revised schedule for law library operations effective November 27, 2006.

Plaintiff's second motion for extension of time is GRANTED. Plaintiff's response to the Renewed Motion for Summary Judgment shall be filed on or before February 20, 2007.  Defendant's reply, if any, shall be filed on or before March 12, 2007.

Plaintiff is advised that no further extensions of time will be granted.  If Plaintiff fails to timely comply with this Order, the Renewed Motion for Summary Judgment will be reviewed and resolved on Defendant's supporting memorandum and exhibits.

IT IS SO ORDERED.

**Dated:   December 29, 2006**              /s/ Oliver W. Wanger
668554                                      UNITED STATES DISTRICT JUDGE